## Cook v. Felt and Camp.

*Appeal from Black Hawk Circuit Court.*

Wednesday, June 11.

The plaintiff and E. E. Felt were partners engaged in the business of purchasing and selling stock under the partnership name of E. E. Felt & Co. There was a transaction in relation to some cattle, whereby either the partnership or said Felt individually became indebted to the intervenor. The Circuit Court found that the partnership was not so indebted and the defendant and intervenor appeal.

*Boies & Couch*, for appellants.

*Miller & Preston*, for appellee.

Seevers, J.—We have each carefully read the testimony and without doubt or hesitation each of us separately has arrived at the conclusion that the finding and judgment of the Circuit Court is correct. It would not serve any useful purpose to state at length, or occupy space or time in giving the reasons for the conclusions reached.

Affirmed.

## Cook v. Hutchins

Taxation: exemption: parsonage.

*Appeal from Story District Court*

Saturday, June 16.

Action to set aside a tax deed. Decree for defendant. Plaintiff appeals.

*Hull & Ramsey* and *Maxwell, Lee & Witter*, for appellant.

*Thompson & McCall* and *Wright, Gatch & Wright*, for appellee.

Adams, J.—At the time of the alleged assessment the property in question belonged to a corporation organized for religious purposes and was occupied as a parsonage. It was, therefore, exempt from taxation. *Trustees of Griswold College v. The State of Iowa*, p. 275, *ante*. The court, therefore, erred in dismissing plaintiff's petition and decreeing the title to be in the defendant.

Reversed.